# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> CRADLEPOINT, INC. <br><br> Defendant. | C.A. No. 20-00649-MN <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT CRADLEPOINT'S MOTION TO DISMISS
## COUNTS I, II, IV, VII, AND IX PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Cradlepoint, Inc. ("Cradlepoint") hereby moves to dismiss Counts I, II, IV, VII, and IX of Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A.'s Complaint (D.I. 1), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in Cradlepoint's Opening Brief in Support of Its Motion to Dismiss filed concurrently herewith.

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan* |
| OF COUNSEL | Kelly E. Farnan (#4395) |
|  | Valerie A. Caras (#6608) |
| Amanda Tessar | Richards, Layton & Finger, P.A. |
| Roderick O'Dorisio | 920 North King St. |
| PERKINS COIE LLP | Wilmington, DE 19801 |
| 1900 Sixteenth Street, Suite 1400 | Telephone: 302.651.7705 |
| Denver, CO 80202-5255 | farnan@rlf.com |
|  | caras@rlf.com |
| Daniel T. Keese |  |
| PERKINS COIE LLP | *Attorneys for Defendant Cradlepoint, Inc.* |
| 1120 NW Couch Street, 10th Floor |  |
| Portland, OR 97209-4128 |  |

Dated: August 31, 2020